**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6737**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TERRY LEE ROSEBORO,

                              Defendant — Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  David A. Faber, Chief District Judge.  (CA-04-389-4)

———————

Submitted:  August 18, 2005          Decided:  August 26, 2005

———————

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Terry Lee Roseboro, Appellant Pro Se.  Kasey Warner, United States Attorney, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Lee Roseboro seeks to appeal the district court's order referring his 28 U.S.C. § 2241 (2000) petition back to the magistrate judge for further proceedings in light of Roseboro's recently filed motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Roseboro seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED